1 | Robert D. Hoffman, SBN 123458
CHARLSTON, REVICH & CHAMBERLIN LLP
2 | 1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
3 | (310) 551-7000
(310) 203-9321 (facsimile)
4 |
5 | Attorneys for Plaintiff Admiral Insurance
Company

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | ADMIRAL INSURANCE COMPANY, | **Case No. 2:05-CV-00343-FCD-PAN**
a Delaware corporation,
12
Plaintiff,
13
v. | **STIPULATION AND ORDER RE: DISMISSAL OF DEFENDANTS VICKIE ALTMAN AND SCOTT ALTMAN FROM ACTION WITHOUT PREJUDICE**
14
J. DALE DEBBER; LORNA MARTIN;
15 | DATA CONTROL CORPORATION;
ARISTOS ACADEMY; COMPLINE,
16 | LLC; PROVIDENCE
PUBLICATIONS, LLC; REAL | **Assigned to the Honorable Frank C. Damrell, Jr.**
17 | CONSULTING & SOFTWARE
DEVELOPMENT, LLC; DEBBER
18 | FAMILY FOUNDATION; VICKIE
ALTMAN; and SCOTT ALTMAN,
19
Defendants.
20

21

22 | WHEREAS, on February 22, 2005, plaintiff Admiral Insurance Company

23 | ("Admiral") filed a complaint to rescind certain Employment Practices Liability

24 | Insurance policies issued by Admiral to Data Control Corporation for the policy

25 | period December 13, 2002 to December 13, 2003 bearing policy number

26 | 4343312/1 and December 13, 2003 to December 13, 2004 bearing policy number

27 | 4343312/2 (collectively "Admiral Policies");

28 | WHEREAS, the Complaint filed by Admiral in this action ("Action")

1 named as defendants all of the parties to a now dismissed action filed in Nevada

2 County Superior Court captioned *Vickie Altman, et al. v. J. Dale Debber, et al.*,

3 bearing Case No. 69850, including but not limited to, plaintiffs Vickie and Scott

4 Altman ("Altmans");

5 　　WHEREAS, the Altmans, by their counsel entering into this stipulation,

6 acknowledge service of the complaint and consent to the Court's jurisdiction in the

7 Action; and

8 　　WHEREAS, the Altmans do not wish to be parties to the Action or otherwise

9 participate in the Action;

10 　　IT IS HEREBY STIPULATED by and between plaintiff and the Altmans

11 through their respective counsel as follows:

12 　　1.　The Altmans shall be dismissed as  defendants in the Action without

13 prejudice to the right of plaintiff Admiral to refile or renew its claims against the

14 Altmans that are the subject of the Action.

15 　　2.　The Altmans agree to be bound by all judicial orders, rulings,

16 findings, conclusions, determinations, decrees and judgments issued in the Action

17 in the same manner and to the same extent as if the Altmans had been parties to

18 such Action.

19 　　3.　All parties shall bear their own costs and attorneys fees in connection

20 with the dismissal of the Altmans without prejudice.

21 　　4.　All statutes of limitations, statutes regarding the prosecution of

22 claims or the time within which a trial must be held or judgment must be entered,

23 and all defenses based on delay in prosecution (collectively "Statutes of

24 Limitations") with respect to claims of Admiral against the Altmans provided for

25 by law, equity or judicial decision shall be tolled as provided herein.  In the event

26 that Admiral refiles or renews the Action or any causes of action or claims in

27 connection with the Action in the future against the Altmans, the period from

28 February 22, 2005, up to and including the date of refiling a renewal of the

Charlston, Revich &
Chamberlin LLP
Admiral.Stipulation and
Order (25572t).wpd

**STIPULATION AND ORDER RE DISMISSAL**

1  Action, shall not be included for purposes of computing the applicable time

2  periods for Statutes of Limitations, provided, however, that this tolling provision

3  shall not in any way serve to extend any Statutes of Limitations that had already

4  run as of and including February 22, 2005.

5       5.     This Stipulation does not pertain to any other defendants in the

6  Action and such other parties remain as defendants in the Action.

7

8  Dated:  June ___, 2005           **CHARLSTON, REVICH & CHAMBERLIN LLP**

9

10                        By: _____
                              Robert D. Hoffman
11                            Attorneys for Plaintiff Admiral Insurance
                              Company
12

13

14 Dated: June ____, 2005          **HIROSHIMA, JACOBS, ROTH & LEWIS**

15

16                        By: _____
                              Phil Hiroshima
17                            Attorneys for Defendants Vickie Altman
                              and Scott Altman
18

19

20

21

22

23

24

25

26

27

28

Charlston, Revich &
Chamberlin LLP
Admiral.Stipulation and
Order (25572t).wpd

3

1

**<u>ORDER</u>**

2

3

     Based upon the stipulation of the parties, as set forth above, and good cause

4

appearing therefore,

5

6

     IT IS HEREBY ORDERED that defendants Vickie Altman and Scott

7

Altman are dismissed without prejudice from the captioned action on the terms and

8

conditions set forth in said stipulation.

9

10

Dated: June 27, 2005         /s/ Frank C. Damrell Jr.

11
                           UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Charlston, Revich &
Chamberlin LLP
Admiral.Stipulation and
Order (25572t).wpd

**STIPULATION AND ORDER RE DISMISSAL**