1  Robert D. Hoffman, SBN 123458
   CHARLSTON, REVICH & CHAMBERLIN LLP
2  1925 Century Park East, Suite 1250
   Los Angeles, California 90067-2746
3  (310) 551-7000
   (310) 203-9321 (facsimile)
4
   Attorneys for Plaintiff and Counterdefendant
5  Admiral Insurance Company

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  ADMIRAL INSURANCE COMPANY,          **Case No. 2:05-CV-00343-FCD-PAN**
    a Delaware corporation,
12
                     Plaintiff,
13
           v.                           **STIPULATION AND ORDER RE
14                                       FILING OF FIRST AMENDED
    J. DALE DEBBER; LORNA MARTIN;       COMPLAINT**
15  DATA CONTROL CORPORATION;
    ARISTOS ACADEMY; COMPLINE,          **The Honorable Frank C.  Damrell,
16  LLC; PROVIDENCE PUBLICATIONS,        Jr.**
    LLC; REAL CONSULTING &
17  SOFTWARE DEVELOPMENT, LLC;
    DEBBER FAMILY FOUNDATION;
18  VICKIE ALTMAN; and SCOTT
    ALTMAN,
19
                     Defendants.
20  _____

21  AND RELATED CROSS-ACTION

22

23         WHEREAS, on February 22, 2005, plaintiff Admiral Insurance Company

24  ("Admiral") filed a Complaint in the instant action ("Admiral Action") to rescind

25  two (2) Employment Practices Liability Insurance policies issued to Data Control

26  Corporation ("DCC") for the policy periods December 13, 2002 to December 13,

27  2003 and December 13, 2003 to December 13, 2004 bearing, respectively, Policy

28

Charlston, Revich &
Chamberlin LLP
ADMIRAL-DEBBER
Stipulation and Proposed
Order.wpd

STIPULATION AND ORDER RE FILING FIRST AMENDED COMPLAINT

1    Nos. 4343312/1 and 4343312/2 (collectively "Admiral Policies");

2         WHEREAS, in its Complaint in the Admiral Action, Admiral contends that

3    it is entitled to rescind the Admiral Policies on the grounds that the applications

4    submitted by DCC  for the Admiral Policies failed to disclose two (2) prior

5    lawsuits for sexual harassment against DCC and its Chief Executive Officer;

6         WHEREAS, in its Complaint  in the Admiral Action Admiral asserted a

7    claim for reimbursement for fees and costs incurred by Admiral for the defense of

8    claims asserted by Vickie Altman, a former DCC employee, and her husband

9    (collectively "Altmans") against DCC and certain other parties ("DCC Parties")

10   for, among other things, sexual harassment in the action *Vickie Altman, et al. v. J.*

11   *Dale Debber, et al*., Nevada County Superior Court Case No. 69850 ("Altman

12   Action") filed on May 11, 2004;

13        WHEREAS, on May 28, 2004, Admiral agreed to defend the Altman Action

14   subject to a full and complete reservation of rights;

15        WHEREAS, on August 23, 2004, the Altman Action was compelled to

16   arbitration ("Arbitration") by the DCC Parties;

17        WHEREAS, on June 29, 2005, the DCC Parties filed in the Admiral Action

18   an Answer to the Complaint and a Counterclaim for breach of contract, breach of

19   the implied covenant of good faith and fair dealing, promissory fraud and

20   declaratory relief;

21        WHEREAS, the DCC Parties deny that Admiral is entitled to rescind the

22   Admiral Policies or obtain any reimbursement from the DCC Parties regarding the

23   claims in the Altman Action and the Arbitration;

24        WHEREAS, on July 20, 2005, Admiral filed a reply to the counterclaim

25   denying that Admiral has any liability to the DCC Parties;

26        WHEREAS, on September 29, 2005, Admiral funded, subject to a

27   reservation of rights, the full amount of an arbitration award issued in favor of the

28

Charlston, Revich &
Chamberlin LLP
ADMIRAL-DEBBER
Stipulation and Proposed
Order.wpd

2
STIPULATION AND ORDER RE FILING FIRST AMENDED COMPLAINT

1   Altmans ("Arbitration Award") against the DCC Parties in connection with the

2   Altmans' acceptance of an Offer for Judgment pursuant to FRCP Rule 68 that had

3   been served by counsel for the DCC Parties with Admiral's consent;

4       WHEREAS, Admiral seeks to amend its Complaint to state a claim against

5   the DCC Parties for reimbursement of the amount Admiral paid to fund the

6   Arbitration Award;

7       WHEREAS, on October 18, 2005, counsel for Admiral circulated to counsel

8   for the DCC Parties a draft Proposed First Amended Complaint in the form

9   attached hereto as Exhibit "A";

10      WHEREAS, on October 28, 2005, counsel for defendants advised counsel

11  for Admiral that the DCC Parties will enter into a stipulation for  the filing of the

12  Proposed First Amended Complaint.

13      IT IS HEREBY STIPULATED by and between plaintiff and

14  counterdefendant Admiral and defendants and counterclaimants the DCC Parties,

15  through their respective counsel of record, as follows:

16      1.      The [Proposed] First Amended Complaint attached hereto as Exhibit

17  "A" shall be deemed to be filed and served on the date the Order on this Stipulation

18  is entered by the Court.

19      2.      The DCC Parties shall have twenty (20) days from the date the Order

20  on this Stipulation is entered to file and serve their response to the First Amended

21  Complaint.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Charlston, Revich &
Chamberlin LLP
ADMIRAL-DEBBER
Stipulation and Proposed
Order.wpd

3
**STIPULATION AND ORDER RE FILING FIRST AMENDED COMPLAINT**

1  ///

2  ///

3  ///

4      3.      All dates set forth in the Scheduling Order issued on August 17, 2005

5  shall remain in effect.

6

7  Dated:  November __, 2005      CHARLSTON, REVICH & CHAMBERLIN, LLP
                                  ROBERT D. HOFFMAN
8

9                          By: _____
10                              Robert D. Hoffman
                                Attorneys for Plaintiff and Counterdefendant
                                Admiral Insurance Company
11

12
   Dated:  November __, 2005      DEMPSEY & JOHNSON, P.C.
13

14                         By: _____
                               Stephen C. Johnson
15                             Attorneys for Defendants and counsel for
                               J Dale Debber, Lorna Martin, Data Control
16                             Corporation , Aristos Academy, Compline LLC,
                               Providence Publications, LLC, Real Consulting &
17                             Software Development LLC and Debber Family
                               Foundation
18
                              O R D E R
19
        Based upon the Stipulation of the parties, as set forth above, and good cause
20
   appearing therefor,
21
        IT IS HEREBY ORDERED that plaintiff Admiral Insurance Company's
22
   First Amended Complaint attached as Exhibit "A" to the Stipulation shall be
23
   deemed filed and served as of this date pursuant to the terms and conditions set
24
   forth in said Stipulation.
25
   Dated: November 14, 2005
26
                                  /s/ Frank C. Damrell Jr.
27                                UNITED STATES DISTRICT COURT JUDGE

28

Charlston, Revich &
Chamberlin LLP
ADMIRAL-DEBBER
Stipulation and Proposed
Order.wpd

**STIPULATION AND ORDER RE FILING FIRST AMENDED COMPLAINT**