Robert D. Hoffman, SBN 123458
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
(310) 551-7000
(310) 203-9321 (facsimile)

Attorneys for Plaintiff Admiral Insurance Company

Stephen C. Johnson, SBN 145210
DEMPSEY & JOHNSON LLP
1880 Century Park East, Suite 516
Los Angeles, California 90067
(310) 551-2333
(310) 203-2301 (facsimile)

Attorneys for Defendants J Dale Debber, Lorna Martin, Data Control Corporation, Aristos Academy, Compline, LLC, Providence Publications LLC, Real Consulting & Software Development, LLC, and Debber Family Foundation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>J. DALE DEBBER; LORNA MARTIN; DATA CONTROL CORPORATION; ARISTOS ACADEMY; COMPLINE, LLC; PROVIDENCE PUBLICATIONS, LLC; REAL CONSULTING & SOFTWARE DEVELOPMENT, LLC; DEBBER FAMILY FOUNDATION; VICKIE ALTMAN; and SCOTT ALTMAN,<br><br>           Defendants. | Case No. 2:05-CV-00343-FCD-EFB<br><br>**STIPULATION AND ORDER RE: ABSENCE OF ANY DISPUTED FACTS TO PRECLUDE ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF ADMIRAL INSURANCE COMPANY** |

Charlston, Revich & Chamberlin LLP
ADMIRAL stipulation final jgm.wpd

**STIPULATION AND ORDER RE: ABSENCE OF ANY DISPUTED FACTS TO PRECLUDE ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF ADMIRAL**

WHEREAS, on February 22, 2005, plaintiff Admiral Insurance Company ("Admiral") filed a complaint ("Complaint") that sought, in the first and second claims for relief, the rescission of the employment practices liability insurance policies issued by Admiral to Data Control Corporation ("DCC") for the policy period December 13, 2002 to December 13, 2003 bearing policy No. 4343312/1 ("2002 Policy") and December 13, 2003 to December 13, 2004 bearing policy No. 4343312/2 ("2003 Policy") (collectively "Admiral Policies");

WHEREAS the third claim for relief of the Complaint sought reimbursement from defendants J Dale Debber, Lorna Martin, Data Control Corporation, Aristos Academy, Compline, LLC, Providence Publications LLC, Real Consulting & Software Development, LLC, and Debber Family Foundation (collectively "DCC Parties") of the amounts paid by Admiral pursuant to the 2003 Policy to defend the claims ("Altman Claims") asserted against the DCC Parties by Vickie and Scott Altman ("Altmans") in the now-dismissed action filed by the Altmans in Nevada County Superior Court, captioned *Vickie Altman, et al. v. J Dale Debber, et al.*, bearing case No. 69850;

WHEREAS, on November 15, 2005, Admiral filed, pursuant to an order and stipulation of the parties, a first amended complaint ("Amended Complaint") that added a fourth claim for relief for reimbursement from the DCC Parties of the amount paid by Admiral pursuant to the 2003 Policy to fund the entirety of the Offer of Judgment that had been accepted by the Altmans and that resolved the Altman Claims;

WHEREAS, on July 20, 2006, this Court entered an Order granting Admiral's motion for summary adjudication to rescind the Admiral Policies and denying the DCC Parties' motion for summary judgment;

WHEREAS, it is undisputed that Admiral paid $125,733.87 ("Defense Payment") pursuant to the 2003 Policy for the defense of the Altman Claims, comprised of the following payments to defense counsel retained by the DCC Parties: March 4, 2005 payment of $78,857.87; August 31, 2005 payments of $2,362.50 and $6,916.00; September 9, 2005 payment of $8,289.00; November 15, 2005 payments of $765.00 and $28,543.50;

WHEREAS, it is undisputed that on September 26, 2005, Admiral issued a payment of

Charlston, Revich
& Chamberlin LLP
ADMIRAL stipulation
final jgm.wpd

2

**STIPULATION AND ORDER RE: ABSENCE OF ANY DISPUTED FACTS TO PRECLUDE ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF ADMIRAL**

1  $350,000.00, pursuant to the 2003 Policy, to fund the DCC Parties' Offer of Judgment that had
2  been accepted by the Altmans ("Indemnity Payment");

3      WHEREAS, the Defense and Indemnity Payments are the subject, respectively, of
4  Admiral's third and fourth claims for relief in the Amended Complaint and by virtue of the
5  Court's July 20, 2006 Order, no other claims remain in this action;

6      WHEREAS, there are no remaining parties to this Action other than Admiral and the DCC
7  Parties (collectively the "Parties");

8      WHEREAS, no dispute exists between the Parties as to the amount of the Defense and
9  Indemnity Payments that were paid by Admiral pursuant to the 2003 Policy;

10     IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Admiral and the
11 DCC Parties, through their respective counsel, as follows:

12     1.   By virtue of the Court's ruling on July 20, 2006 rescinding the Admiral Policies,
13 no issues remain in dispute that require trial or that would prevent the Court from entering a
14 money judgment in favor of Admiral in the amount indisputably paid by Admiral under the 2003
15 Policy. Accordingly, the Court is entitled to enter a final judgment ("Judgment") in favor of
16 Admiral as to all claims for relief in the Amended Complaint and providing that Admiral shall
17 recover from the DCC Parties the sum of $475,733.87 with post-judgment interest thereon at the
18 applicable rate as provided by law and costs in an amount to be determined by the Clerk.

19     2.   Although the parties have stipulated to the absence of disputed facts set forth
20 herein so as to allow the entry of a final judgment, the right to appeal is expressly reserved.

21     3.   The Judgment in the form attached hereto as Exhibit "A" may be entered by the
22 Court without the necessity of the Parties proceeding with the Final Pretrial Conference scheduled
23 for September 22, 2006 or the trial scheduled for November 28, 2006.

24 ///
25 ///
26 ///
27 ///
28 ///

Charlston, Revich
& Chamberlin LLP
ADMIRAL stipulation
final jgm.wpd

**STIPULATION AND ORDER RE: ABSENCE OF ANY DISPUTED FACTS TO PRECLUDE ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF ADMIRAL**

Dated: September __, 2006     **CHARLSTON, REVICH & CHAMBERLIN LLP**
                                             **ROBERT D. HOFFMAN**

                                   By: _____
                                         Robert D. Hoffman
                                         Attorneys for Plaintiff Admiral Insurance Company

Dated: September __, 2006     **DEMPSEY & JOHNSON LLP**
                                           **STEPHEN C. JOHNSON**

                                   By: _____
                                         Stephen C. Johnson
                                       Attorneys for Defendants J Dale Debber, Lorna Martin, Data Control Corporation, Aristos Academy, Compline, LLC, Providence Publications LLC, Real Consulting & Software Development, LLC, and Debber Family Foundation

     IT IS SO ORDERED.

Dated: September 21, 2006

                                         /s/ Frank C. Damrell Jr.
                                         UNITED STATES DISTRICT COURT JUDGE

Charlston, Revich & Chamberlin LLP
ADMIRAL stipulation final jgm.wpd

**STIPULATION AND ORDER RE: ABSENCE OF ANY DISPUTED FACTS TO PRECLUDE ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF ADMIRAL**

4