UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>J. DALE DEBBER; LORNA MARTIN; DATA CONTROL CORPORATION; ARISTOS ACADEMY; COMPLINE, LLC; PROVIDENCE PUBLICATIONS, LLC; REAL CONSULTING & SOFTWARE DEVELOPMENT, LLC; DEBBER FAMILY FOUNDATION; VICKIE ALTMAN; and SCOTT ALTMAN,<br><br>Defendants. | Case No. 2:05-CV-00343-FCD-EFB<br><br>**FINAL JUDGMENT** |

Pursuant to the approved Stipulation and Order filed September 21, 2006 the court enters the following final judgment:

On July 20, 2006, an order was entered, after all moving and opposing papers had been fully considered, by the Honorable Frank C. Damrell, Jr., United States District Court Judge, granting plaintiff Admiral Insurance Company's ("Admiral") motion for summary adjudication to rescind the employment practices liability insurance policies issued by Admiral to Data Control Corporation ("DCC") for the policy period December 13, 2002 to December 13, 2003 bearing policy No. 4343312/1 ("2002 Policy") and December 13, 2003 to December 13, 2004 bearing policy No. 4343312/2 ("2003 Policy") (collectively "Admiral Policies") and denying the motion

for summary judgment by defendants J Dale Debber, Lorna Martin, Data Control Corporation, Aristos Academy, Compline, LLC, Providence Publications LLC, Real Consulting & Software Development, LLC, and Debber Family Foundation (collectively "DCC Parties");

On September 21, 2006, an order was entered by the Honorable Frank C. Damrell, Jr., United States District Court Judge, pursuant to the stipulation of Admiral and the DCC Parties, that, in light of this Court's July 20, 2006 Order, no dispute exists as to the amounts paid by Admiral pursuant to the 2003 Policy for the defense and indemnification of certain underlying claims against the DCC Parties by Vickie and Scott Altman that require trial, so that final judgment may be entered in favor of plaintiff Admiral as to all claims for relief in Admiral's first amended complaint ("Amended Complaint").

THE COURT FINDS, in accordance with the foregoing Orders of July 20, 2006 and September 21, 2006 that by virtue of this Court's July 20, 2006 Order and the parties' stipulation, there are no triable issues as to any material facts herein and that plaintiff, Admiral Insurance Company, is entitled to judgment against the DCC Parties as a matter of law as to all claims asserted in Admiral's Amended Complaint and as to all counterclaims that have been asserted by the DCC Parties.

IT IS ORDERED AND ADJUDGED AND DECREED AS FOLLOWS:

1.   Judgment shall be and hereby is entered in favor of plaintiff Admiral Insurance Company as to all claims for relief in the Amended Complaint against defendants J Dale Debber, Lorna Martin, Data Control Corporation, Aristos Academy, Compline, LLC, Providence Publications LLC, Real Consulting & Software Development, LLC, and Debber Family Foundation, and each of them;

2.   Judgment shall be and hereby is entered in favor of counter-defendant Admiral as to all claims for relief set forth in the DCC Parties' counterclaims on file herein which are dismissed with prejudice in their entirety;

3.   That Admiral recover from J Dale Debber, Lorna Martin, Data Control Corporation, Aristos Academy, Compline, LLC, Providence Publications LLC, Real Consulting & Software Development, LLC, and Debber Family Foundation the sum of $475,733.87 with

post-judgment interest thereon at the applicable rate as provided by law and costs in an amount to be determined by the Clerk;

    4.    That the Admiral Policies are rescinded and declared void *ab initio* and provide no insurance coverage for any claims whatsoever;

    5.    There being no just reason to delay the entry of this judgment, this judgment is final and the Clerk is directed to enter this final judgment forthwith pursuant to Fed. R. Civ. P. 58.

Dated: September 21, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT COURT JUDGE